State v. Greene

STATE OF NORTH CAROLINA v. MILES WILSON GREENE, JR.

No. 649PA82

(Filed 27 September 1983)

ON discretionary review, pursuant to G.S. 7A-31, from a decision of the Court of Appeals, 59 N.C. App. 360, 296 S.E. 2d 802 (1982), dismissing defendant's appeal for failure to comply with Rule 9(c)(1) and Rule 28(b)(4) of the Rules of Appellate Procedure.

Defendant was tried during the 9 November 1981 Criminal Session of Superior Court, SURRY County, before *Judge Julius A. Rousseau.* A jury found defendant guilty of felonious breaking or entering and felonious larceny. *Judge Rousseau* consolidated the convictions for sentencing and imposed a maximum term of ten years imprisonment and a minimum term of eight years.

The Court of Appeals dismissed defendant's appeal and we granted defendant's petition for discretionary review on 5 April 1983.

*Rufus L. Edmisten, Attorney General, by Elizabeth C. Bunting, Assistant Attorney General, and Thomas J. Ziko, Associate Attorney, for the State.*

*Adam Stein, Appellate Defender, by Malcolm R. Hunter, Jr., Assistant Appellate Defender, and James H. Gold, Assistant Appellate Defender, for defendant.*

PER CURIAM.

On the authority of this Court's recent decisions in *State v. Edmonds,* 308 N.C. 362, 302 S.E. 2d 223 (1983) and *State v. Nickerson,* 308 N.C. 376, 302 S.E. 2d 221 (1983), the decision of the Court of Appeals is reversed. This cause is remanded to the Court of Appeals with directions to reinstate the appeal and to consider the merits of the case.

Reversed and remanded.